UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SIKHS FOR JUSTICE INC (SFJ) on behalf of deceased and injured members of the Sikh community, | : | |
| JASBIR SINGH, Individually and on behalf of deceased family Members | : | |
| MOHENDER SINGH, Individually and on behalf of his deceased father SARDAR DARSHAN SINGH, | : | CIVIL ACTION NO. 13-cv-4920 |
| **Plaintiffs,** | : | |
| - against - | : | CLASS ACTION |
| Ms. Sonia Gandhi, a national and citizen of India in her personal capacity and as President Indian National Congress, a/k/a, "CONGRESS (I)" | : | |
| **Defendant(s)** | : | PLAINTIFFS DEMAND A TRIAL BY JURY |

Plaintiffs, on behalf of themselves, their deceased family and all others similarly situated who were victims of or related to the victims of "The Sikh Genocide of 1984" (collectively "Plaintiffs"), as and for their complaint in this action respectfully allege as follows:

## PRELIMINARY STATEMENT

1. Defendant is President of Indian National Congress, a political party which is currently ruling India (and was also ruling the country during November 1984). Defendant Gandhi played an active role in organizing and implementing genocidal attacks on Sikhs population of India in or around November 1984 and aftermath. Defendant Gandhi has also been playing a leading role in shielding the members, office bearers, leaders and supporters of her party that played an active role in the Genocide; exercised command responsibility over it, conspired with and aided and abetted others including local police officers, fellow Congress (I) officials, para-military groups and persons or groups acting in coordination with the them or under their care and control, in carrying out the genocide, crimes against humanity and attempted extermination of the entire Sikh community in India (hereinafter "Defendant Gandhi").

2. Defendant Ms. Sonia Gandhi is being sued in her personal capacity as well as in her capacity as President of Congress (I).

3. On or about August 15th 2013, a group of Congress (I) workers, the political party headed and controlled by the Defendant, attacked Tilak Vihar, a New Delhi a colony inhabited by the survivors, mostly widows of the November 1984 Sikh Genocide. Upon information and belief, this attack was carried out by the Congress (I) workers on the orders of Ms. Sonia Gandhi, who at relevant time was the head of Congress (I).

4. Upon information and belief, the intention of the said attack was to harm and intimidate the plaintiffs and witnesses from pursuing legal recourse against defendant and her party leaders for their role in killing of Sikhs during November 1984 and aftermath.

5. Additionally, upon information and belief, the said attack was carried out on the orders of Ms. Sonia Gandhi in order to protect and shield the members, office bearers, leaders and supporters of the defendant's party of which she was and is the head, who had played an active role in November 1984 Sikh Genocide and its aftermath.

6. The above specified Congress party workers involved in the attacked described above, were proactively supported through the direct facilitation of the attack and the aftermath by law enforcement at the scene. The law enforcement took no action to protect the Sikh citizens from

harm despite and despite a duty to do so.

7. As a result of above incident, and many Sikhs sustained physical injuries and severe mental and emotional harm.

8. Plaintiff Mohender Singh's family residing in Tilak Vihar, Delhi, India was specifically targeted in the above attack ordered by Ms. Sonia Gandhi as a result the plaintiff Mohender Singh and his family sustained severe physical and emotional harm.

9. August 15, 2013 attack on Tilak Vihar is the most recent of the aftermath of the genocidal attacks on the Sikh population of India starting from November 1984.

10. India, since 1947 has been run and controlled by a political dynasty namely "Gandhi-Nehru Family" who have been in control of the Congress party and of country. During 1984, the dynasty, was headed by Ms. Indira Gandhi who was murdered on October 31, 1984. Upon her death, her son, Rajiv Gandhi immediately took over the role of congress (I) President and Prime Minister of the country.

11. When Rajiv Gandhi took over the control of Congress party and the country, defendant Ms. Sonia Gandhi had been his wife of sixteen (16) years. Upon information and belief, in those sixteen years, Ms. Sonia Gandhi cemented herself as a vocal political figure well known to be a vital partner in her husband's political activities and decision making.

12. Immediately after the death of Ms. Indira Gandhi on October 31, 1984, Rajiv and his wife, the defendant Ms. Sonia Gandhi, were the political powers.

13. Upon information and belief, immediately after Ms. Indira Gandhi's death, the heir apparent, Rajiv Gandhi and his politically active wife Ms. Sonia Gandhi, ordered killings, torture, rape and intimidation of Sikh population throughout the country.

14. Upon information and belief, the defendant Ms. Sonia Gandhi in agreement with her husband Rajiv Gandhi did order attacks on Sikhs during November 1984 to avenge the death of Ms. Indira Gandhi who was assassinated by her bodyguards who happened to be Sikhs.

15. In or about from November 1st through November 4th 1984, approximately 30,000 men, women and children of a minority religious group known as the "Sikhs" were intentionally tortured, raped and murdered by groups that were incited, organized, controlled and armed by the ruling political party of the country "Congress (I)". At that time, the President of the Congress (I)

was defendant's husband Rajiv Gandhi. Upon information and belief, the defendant was a full partner in her husband's decision making as President of Congress (I) and Prime Minister of the country.

16. In one of many recent discoveries, on or about February 15th 2011, a mass grave was found in the village of Hondh-Chillar Haryana, India. The graves contained the remains of men, women and children who had been tortured and murdered during November 1984.

17. According to eyewitness accounts and police records, the Sikh population of village Hondh-Chillar was attacked by Congress party workers who were transported to the village in government vehicles with clear directions to exterminate the Sikh population of the village.

18. The Sikh Genocide of November 1984, was planned in several meetings held at various locations throughout Delhi including Congress (I) headquarters located at 24 Akbar Road, New Delhi and All India Institute of Medical Sciences (AIIMS) on October 31 and November 01, 1984.

19. Upon information and belief, defendant Ms. Sonia Gandhi attended at least one of these meetings in which systematic attacks on Sikhs population of India were being planned and ordered.

20. According to eyewitnesses, these meetings were also attended by Congress (I) members of parliament and senior officers of Congress (I) including but not limited to the following: Jagdish Tytler, Sajjan Kumar, HKL Bhagat, Lalit Maken, Arjun Das, Dharam Das Shastri. All of these individuals took the orders from Rajiv Gandhi husband and partner of Ms. Sonia Gandhi.

21. At this meeting, leaders and officials of Congress (I), acting on the direct behest of Rajiv Gandhi and his wife Ms. Sonia Gandhi, delivered inflammatory blood thirsty speeches inciting violence against Sikhs. These leaders were shouting slogans like "Khoon ka badla khoon" (blood for blood) and "khoon ki chintey sikhon ke ghar tak pahunchni chahiye" (splashes of blood should reach the doorsteps of Sikhs).

22. Upon information and belief, the agenda of Rajiv Gandhi and defendant Ms. Sonia Gandhi to avenge the death Ms. Indira Gandhi by mass killing of Sikhs, was disseminated and implemented by Congress (I) leaders present in the meetings described in the preceding paragraphs.

23. As a result of the above meetings, widespread, systematic and organized killing of Sikhs occurred. Upon information and belief, well documented by the Indian press, Congress I installed organized and well paid mobs of young men exclusively to kill and terrorize Sikhs initially in New Delhi and then throughout India. Prisoners, criminals and professional thugs were hired by Congress (I) leaders, coupled with Congress (I) workers and supplied with flammable substances including kerosene oil and incendiary powder to burn Sikhs as well as their houses, businesses and temples. The brutal killings included pouring gasoline on entire families and lighting them on fire.

24. Extensive documentary evidence shows that police officers supplied diesel from police jeeps to these groups to help carry out the carnage. Indian police either actively participated in murdering Sikhs or stood by as silent spectators while Sikhs were being killed and in some instances, burned Sikhs alive.

25. Upon information and belief the actions and omissions of law enforcement in the direct killing of the Sikhs was ordered by defendant Ms. Sonia Gandhi and her husband Rajiv Gandhi.

26. In the aftermath of November 1984 and particularly since assuming the office of Congress (I) President, defendant Ms. Sonia Gandhi actively protected, shielded and rewarded Congress (I) leaders and police officials who were involved in the killing of Sikhs during November 1984. Details of defendant's actions of shielding, protecting and rewarding perpetrators are alleged in section titled "SHIELDING AND PROTECTING THE PERPETRATORS OF GENOCIDE AND CRIMES AGAINST HUMANITY".

27. Between November 1st and 4th 1984, Congress (I) ruled and controlled 18 states of India

where it organized, directed, controlled and/or purposefully aided and abetted "The 1984 Sikh Genocide."

28. This is an action for compensatory and punitive damages for torts committed by Congress (I) and Gandhi (hereinafter "Defendants") in violation of the laws of nations, customary international law, treaties of the United States including the Convention on the Prevention and Punishment of the Crime of Genocide of 1948, the Torture Victim Protection Act and federal common law who, at all relevant times, were acting under color of state law of the state of India and with the actual or apparent authority of the Government of India.

## JURISDICTION AND VENUE

29. Plaintiffs allege that Defendant Gandhi is liable, for protecting and shielding those who committed genocide, extrajudicial killings, torture, crimes against humanity, forced exile, attempted extrajudicial killings, torture and genocide and for conspiring with and aiding and abetting others in the aforementioned conduct. Therefore, this Court has jurisdiction over this action based on the Alien Tort Statute, 28 U.S.C. § 1350, the Torture Victim Protection Act, Pub. L. No. 102-256, 106 Stat. 73 (1992) (codified at 28 U.S.C. § 1350 ("TVPA"), federal common law and 28 U.S.C. § 1331.

30. Venue, upon information and belief, is proper in the Eastern District of New York pursuant to 28 USC § 1391 (b), (c) and (d).

31. This Court has personal jurisdiction of the Defendants pursuant to Rule 4, Fed. R. Civ. P. and N.Y.C.P.L.R. 301 (McKinney 2010).

## THE PARTIES STRONG CONNECTION TO U.S.A.

32. Plaintiff "Sikhs for Justice" is a domestic not-for-profit corporation organized and existing pursuant to the laws of the State of New York with its principal place of business located at New York, New York and was formed to seek justice and compensation for those

Sikhs who were injured or whose family members were killed and whose property was destroyed during the Sikh Genocide of November 1984.

33. Plaintiff Mohender Singh is a native of India and an "alien" as defined in 8 USC § 1101(a)(3), currently residing in the State of California and, at all relevant times, was and is a member of the Sikh religious community. Plaintiff Mohender Singh sues on behalf of himself and his deceased father Sardar Darshan Singh. Plaintiff Mohender Singh is the lawful heir and next of kin of his late father and a proper claimant under foreign and domestic laws to assert claims on his behalf. To the extent there are individuals with priority or equal right to assert these claims they have renounced or otherwise waived their right to do so and have assigned those rights to Plaintiff Mohender Singh. Plaintiff Mohender Singh is also suing for the August 15, 2013 attack on his family members in Tilak Vihar, Delhi carried out on the orders and directions of defendant Ms. Sonia Gandhi.

34. Plaintiff Mohender Singh fled India and came to United States to save his life. Plaintiff has applied for political asylum in the United States which is pending before a Federal Immigration Judge. Under United States laws, someone who is granted asylum is given permanent stay in the United States based on the judicial determination that returning to his home country is impossible.

35. Plaintiff Jasbir Singh is a native of India, currently residing in the State of California and, at all relevant times, was and is a member of the Sikh religious community. Plaintiff Jasbir Singh sues on behalf of himself for the severe physical injuries and severe mental and emotional pain and suffering sustained by him during The Sikh Genocide of 1984.

36. Plaintiff Jasbir Singh fled India to save his and came to the United States. Plaintiff Jasbir Singh was granted political asylum in the United States by a Federal Immigration Judge with a judicial determination that Jasbir Singh cannot return to India on account of persecution suffered by him for being a Sikh and victim of November 1984 Genocide.

37. Based on the threats to their lives in India, plaintiffs Mohender and Jasbir have no recourse to the Indian judicial system and therefore must pursue their legal claims in the United States.

38. Plaintiffs Mohender and Jasbir feel unconditionally loved and embraced by the United

States. Plaintiffs feel save and protected in this country. Both Plaintiffs fully intend to embrace this country and build a productive and meaningful life as fully realized by other Americans.

39. The plaintiffs Mohender and Jasbir are deeply saddened that they will never see the country of their birth again.

40. The defendant Ms. Sonia Gandhi is President of Indian National Congress, a political party which is currently ruling India (and was also ruling the country during November 1984). Defendant Gandhi played an active role in organizing and implementing genocidal attacks on Sikhs population of India in or around November 1984 and aftermath. Defendant Gandhi has also been playing a leading role in shielding the members, office bearers, leaders and supporters of her party that played an active role in the Genocide; exercised command responsibility over it, conspired with and aided and abetted others including local police officers, fellow Congress (I) officials, para-military groups and persons or groups acting in coordination with the them or under their care and control, in carrying out the genocide, crimes against humanity and attempted extermination of the entire Sikh community in India (hereinafter "Defendant Gandhi").

41. Congress (I) is and was at all relevant times a private political party organization created pursuant to the laws of India. Congress (I) conducts ongoing and significant business in the United States particularly in the State and City of New York both directly and through its wholly owned subsidiary "Indian National Overseas Congress" (hereinafter "INOC") which is a corporation organized and existing pursuant to the laws of the State of New York with its principal place of business located at Queen County, State of New York since 1985. Upon information and belief, Congress (I) operates INOC as a department or agent and controls its activities.

## THE CLASS ALLEGATIONS

42. The class consists of all Sikh men, women and children who survived the unlawful attacks on them in India in November 1984 and their lawful heirs and claimants of those men, women and children that did not survive. The class also consists of Sikhs whose homes,

businesses and temples were damaged or destroyed and whose personal property was damaged or stolen. The class period is from November 1st to November 4th 1984, and includes resident and non-resident alien Sikhs and Sikhs currently residing in India. The class also may properly be certified as sub-classes as follows:

(a) Surviving Parents' Class - all persons who are the surviving parents of persons who were executed, murdered and/or killed in India between November 1st and 4th 1984, in connection with "The Sikh Genocide of 1984."

(b) Surviving Children's or Dependent's Class - all persons who are the surviving children or dependents of persons who were executed, murdered and/or killed in India between November 1st and 4th 1984, in connection with "The Sikh Genocide of 1984."

(c) Surviving Spouse Class - all persons who are the surviving spouses of persons who were executed, murdered and/or killed in India between November 1st and 4th 1984, in connection with "The Sikh Genocide of 1984."

(d) Torture Victim's Class - all persons who were themselves tortured and/or subjected to crimes against humanity in India between November 1st and 4th 1984, in connection with "The Sikh Genocide of 1984."

(e) Property Damage Class - all persons whose homes, businesses, temples, religious shrines and personal property were damaged, destroyed, stolen and/or confiscated in India between November 1st and 4th 1984, in connection with "The Sikh Genocide of 1984."

43. The exact number of class members is not known, however, the official figures of the Government of India put the number of Sikhs that were killed by the violence orchestrated by defendants in November 1984 in New Delhi alone at approximately 3000.

44. The claims of the named plaintiffs – the class representatives – are typical of the claims of the class. The named plaintiffs are able to and will fairly and adequately protect the interests of the class.

45. There are common questions of law and fact in this action that affect and relate to each member of the class including:

a. Whether the defendant shielded and protected who committed and/or ordered the killing, assault and torture of Sikhs and the looting and destruction of their homes, businesses and temples between November 1st and 4th 1984, in India.

b. Whether the conduct of the defendant of shielding and protecting the perpetrators of the November 1984 Sikh Genocide which was organized, planned, aided, abetted and carried out by the members, officials, workers and supporters of her party – Congress(I), gives rise to liability under applicable international and domestic laws, international treaties and federal common law.

d. Whether the acts and omissions of the defendant with regard to November 1984 Sikh Genocide were committed as part of a systematic policy of the party that she controls.

46. This action is properly maintained as a class action because: a) defendants acted and failed to act in a way generally applicable to the class, making any declaratory relief awarded appropriate to the class as a whole; and b) questions of law and fact common to the class predominate over questions affecting individual members and a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

## STATEMENT OF FACTS

### A. The Background

47. The Nation of India is a Federal Parliamentary Republic that is headed by a Prime Minister who is an elected representative of the people.

48. India is governed by the "Central" or "Union" Government (hereinafter "Central Government") which is comprised of numerous departments, agencies and ministries.

49. Indian Federal politics is dominated by two national level parties, Congress (I) and the BJP (Bhartiya Janata Party). Several dozen smaller regional parties are in alliance with these two parties or are cobbled together in a "third front."

50. Unlike most democratic systems, political parties in India do not practice a democratic system internally when picking candidates for various constituencies. They do not have

primaries or have the party membership vote on potential candidates in party meetings at the assembly segment level.

51. In the case of the Congress (I), the final decision of seat allocations at both the federal and state level are executed by Sonia Gandhi who became President of the party in or around 1997.

52. There are twenty eight[1] states or provinces in India that are governed by elected officials called Chief Ministers who in turn appoint officials to run the local agencies, departments and instrumentalities of the state.

53. The Central Government and the states are administered, controlled and otherwise run by the political party that holds the majority of seats in the Parliament and State Assemblies, respectively.

54. The seat of the Central Government is located in the capital city of New Delhi.

55. New Delhi's municipal government is traditionally administered and controlled by the political party in power in the Central Government.

56. In October and November of 1984, Defendant Congress (I) was the ruling political party of the Central Government of India with a majority in the Indian Parliament and, thus, was also in control of the local government of New Delhi.

57. Moreover, in October and November 1984 Congress (I) also held majorities in eighteen of the twenty five Indian States.

58. Congress (I) virtually had complete control over the governance of India in October and November 1984.

59. The Prime Minister of India in 1984 was Indira Gandhi, the daughter of Jawaharlal Nehru, the first Prime Minister of India, and a protégée of Mahatma Gandhi.

60. Both Gandhi and Nehru were leaders of Congress (I) following independence in 1947. Indira Gandhi was the leader of Congress (I) at the time she served as Prime Minister.

61. On October 31 1984, Prime Minister Gandhi was shot by two of her body guards who happened to be Sikhs.

62. In less than twenty-four hours, the organized targeting of Sikhs throughout India began

[1] In 1984, India consisted of twenty five (25) states. In the last 29 years three more states have been established.

particularly in the capital of New Delhi that continued unabated until November 4th, 1984.

63. During the four day rampage, more than 3000 Sikhs were killed in New Delhi alone. Hundreds of women were gang raped, children were brutally tortured, hundreds of houses and properties were looted and destroyed and scores of Sikh temples were ransacked and burned to the ground.

64. As a result more than 300 000 Sikhs across India were displaced.

65. The Sikh Genocide was planned at a meeting held at Congress (I) headquarters located at 24 Akbar Road, New Delhi on October 31st 1984. This was the same day that Indira Ghandi was killed.

66. According to eyewitnesses, the meeting was attended by Congress (I) members of parliament and senior officers of Congress (I) including Jagdish Tytler, Sajjan Kumar, HKL Bhagat, Lalit Maken, Arjun Das, Dharam Das Shastri and Defendant Gandhi.

67. Leaders and officials of Congress (I) delivered inflammatory speeches and created slogans like "Khoon ka badla khoon" (blood for blood) and "khoon ki chintey sikhon ke ghar tak pahunchni chahiye" (splashes of blood should reach the doorsteps of Sikhs) in order to incite a genocidal riot directed at the Sikhs to avenge the death of Indira Gandhi.

68. While the news of the attack on the Prime Minister did not bring any immediate peril to the Sikhs, after the Congress (I) meeting on October 31st, a widespread, systematic and organized effort was underway by Congress (I) officials acting under the authority of Congress (I) and color of law to incite, organize and weaponize organized mobs to kill Sikhs initially in New Delhi and then throughout India.

69. Prisoners, criminals and professional thugs were hired by Congress (I) leaders, coupled with Congress (I) workers and supplied with flammable substances including kerosene oil and incendiary powder to burn Sikhs as well as their houses, businesses and temples.

70. Police officers also supplied diesel from police jeeps to these groups to help carry out the carnage.

71. Indian police either actively participated in murdering Sikhs or stood by as silent spectators while Sikhs were being killed and in some instances, burned Sikhs alive.

72. Between November 1st and 4th 1984, Congress (I) ruled and controlled 18 states where

it organized, directed, controlled and/or purposefully aided and abetted "The 1984 Sikh Genocide."

73. In the State of Madhya Pradesh[2] the Chief Minister was Arjun Singh of Congress (I). Between November 1st and 4th 1984, throughout the state of Madhya Pradesh, Sikhs were attacked, killed, tortured and raped, their properties looted and temples burned. In 43 of the state's 45 districts, Sikh communities were attacked and destroyed. One of the *modus operandi* of the attacks on the Sikhs who were travelling on trains at that time took place in the City of Morena. A crowd of 1000 people comprised mostly of Congress (I) workers and sympathizers and led by Congress (I) leaders gathered at the railway station. They first stopped the Utkal Express Train going to New Delhi, but found no Sikh passengers on it. Almost immediately the Chahtisgarh Express Train from New Delhi pulled in to the station and was brought to a halt by the crowd which then proceeded to drag out two dozen Sikh men, women and children from the train and slaughtered twelve including a railway employee.

74. In October-November 1984, the present State of Chhattisgarh was a region located within the State of Madhya Pradesh where Congress (I) officials, members and workers directed and took part in attacks on Sikh people, properties and temples which resulted in at least thirteen deaths.

75. In the State of Uttar Pradesh ("UP") the Chief Minister was Narayan Dutt (ND) Tiwari of Congress (I). According to the Central Government's official records, 260 Sikhs were killed across the state between November 1st and 4th 1984.

These numbers are believed to be grossly understated. For example, just in the City of Kanpur UP, approximately 3000 FIR's[3] were lodged with the police. Approximately 4200 houses, shops, warehouses and factories were destroyed in the violence that went on for 36 hours starting on November 1st 1984.

---

[2] Madhya Pradesh is the home state of defendant Gandhi who has continuously been winning the election as Member of Parliament (MP) from the state since 1984. MPs exert and enjoy a great deal of control and influence over the party workers and cadres in their home states.

[3] "First Information Reports"- of crime filed with the police under Indian Criminal Law Procedure. These are filed by victims of crimes at local police stations

76. In October-November 1984 the present State of Uttarkhand was a region located entirely in the State of Uttar Pradesh ("UP") and was controlled and governed by the State of Uttar Pradesh under Congress (I) Chief ND Tiwari.

77. In the areas comprising today's state of Uttarkhand at least 201 attacks were directed and/or carried out against the Sikhs, their properties and temples by Congress (I) leaders, workers and sympathizers with the purposeful and substantial assistance of the local police and administrators.

78. In the State of Bihar the Chief Minister was Chandrashekhar Singh of Congress (I). Throughout the State of Bihar 160 attacks on Sikh lives and properties took place between November 1st and 4th 1984, led by Congress (I) officials, leaders and workers. Sikhs were murdered and many others tortured. Sikh properties were looted and destroyed.

79. In October-November 1984, the present State of Jharkhand was part of the State of Bihar which was governed and controlled by Congress (I) and Chief Minister Chandrashekhar Singh.

80. In the areas comprising the present day state of Jharkhand, at least 460 attacks were directed at the Sikhs, their properties and temples by Congress (I) officials, leaders and workers. The police and local administrators either purposefully assisted the attackers and/or planned the attacks. At least 84 Sikhs lost their lives in those attacks and several hundred were seriously injured.

81. In the State of Gujarat the Chief Minister was Madhav Singh Solanki of Congress (I). Many attacks on Sikh lives and properties took place between November 1st and 4th 1984 across Gujarat. No accurate account of the casualties has ever been released by the government.

82. In the State of Haryana[4] the Chief Minister was Bhajan Lal of Congress (I). Throughout Haryana, 65 attacks on Sikh lives and properties took place between November 1st and 4th 1984, led and/or directed by Congress (I) officials, leaders and workers. The police and local administrators either purposefully assisted the attackers and/or planned the attacks. The attacks

[4] Haryana is the state where on February 15, 2011, a "Mass Grave" of Sikhs killed on November 02, 1984 was discovered in village Hondh-Chillar in District Rewari. The residents of the village were killed, women raped, Sikh Temple burnt and desecrated by attackers, who according to eyewitnesses came in buses owned and operated by the Government of Haryana. The attackers were led by Congress leaders and they exclusively targeted Sikh population of the village

resulted in numerous deaths, serious injuries by torture and damage to real and personal property.

83. In the State of Himachal Pradesh the Chief Minister was Virbhadra Singh of Congress (I). Throughout Himachal Pradesh, 78 attacks on Sikh lives and properties took place between November 1st and 4th 1984. These attacks were led and/or directed by Congress (I) officials, leaders and workers. The police and local administrators purposefully assisted the attackers and/or planned the attacks. The attacks resulted in numerous deaths, serious injuries by torture and damage to real and personal property.

84. In the State of Maharashtra the Chief Minister was Vasantdada Patil of Congress (I). Numerous attacks on Sikh lives and properties took place between November 1st and 4th 1984, across Maharashtra. No accurate account of the deaths and injuries suffered by Sikhs has ever been released.

85. In the State of Manipur the Chief Minister was Rishang Keishing of Congress (I). Numerous attacks on Sikh lives and properties took place between November 1st and 4th 1984, across Manipur. No accurate account of the deaths and injuries suffered by Sikhs has ever been released.

86. In the State of Kerala the Chief Minister was K. Karunakaran of Congress (I). Numerous attacks on Sikh lives and properties took place between November 1st and 4th 1984, across Kerala. No accurate account of the deaths and injuries suffered by Sikhs has ever been released.

87. In the State of Meghalaya the Chief Minister was W.A. Sangma of Congress (I). Numerous attacks on Sikh lives and properties took place between November 1st and 4th 1984 across Meghalaya. No accurate account of the deaths and injuries suffered by Sikhs has ever been released.

88. In the State of Mizoram the Chief Minister was Pu Lalthanhawla of Congress (I). Numerous attacks on Sikh lives and properties took place between November 1st and 4th 1984, across Mizoram. No accurate account of the deaths, injuries and losses suffered by the Sikhs has ever been released.

89. In the State of Orissa the Chief Minister was Janaki Ballabh Pattanaik of Congress (I). Throughout Orissa 143 attacks on Sikh lives and properties took place between November 1st and 4th 1984. These attacks were led and/or directed by Congress (I) officials, leaders and

workers. The police and local administrators purposefully and substantially assisted the attackers and/or planned the attacks. The attacks resulted in numerous deaths, serious injuries by torture and damage to real and personal property.

90. In the State of Rajasthan the Chief Minister was Shiv Charan Mathur of Congress (I). Numerous attacks on Sikh lives and properties took place between November 1st and 4th 1984 throughout Rajasthan. No accurate account of the deaths and injuries suffered by Sikhs has ever been released.

91. The Chief Ministers were the heads of state at the local level and exercised complete control over the state machinery and the local Congress (I) party machine and acted under the authority of Congress (I).

92. Despite the widespread killings and lawlessness, martial law was never imposed and the Indian Army was not called in until after November 4th 1984.

**B. <u>The Victims</u>**

<u>Plaintiff Jasbir Singh</u>

93. In November 1984 Plaintiff Jasbir Singh was living with his family in New Delhi, India. On or about November 1st 1984, their home was attacked by a group led by Congress (I) leader Bhola Ram. Plaintiff Jasbir Singh's uncle was murdered and Jasbir Singh escaped an attempt on his life by running, hiding and cutting his hair to remove any evidence of his Sikh identity. While he was hiding, Plaintiff Jasbir Singh over heard Congress (I) official and Member of Parliament Jagdish Tytler address a group of Congress (I) workers and complain that they were "not killing enough Sikhs." From that point on Plaintiff Jasbir Singh has been very active in the justice campaign for the Sikh victims of 1984. Due to his activities he was constantly threatened by Congress (I) party leaders and workers and was detained and tortured by local police on several occasions at the request of Congress (I) leaders. Congress (I) leader Jagdish Tytler had Jasbir Singh abducted and tortured for submitting an affidavit to authorities regarding the former's actions on November 1, 1984. Due to the above activities, Plaintiff Jasbir Singh was forced to flee India in 2002 and was granted political asylum by the United States in 2007 based on the above. Plaintiff Jasbir Singh sues on behalf of himself for the severe physical injuries and

severe mental and emotional pain and suffering sustained by him as a result of the assault, attempted extrajudicial killing and torture at the hands of the defendants during and after The Sikh Genocide of 1984.

Plaintiff Mohender Singh

94. Plaintiff Mohender Singh sues on behalf of himself and his deceased father Sardar Darshan Singh for the severe physical injuries and severe mental and emotional pain and suffering sustained by them during The Sikh Genocide of 1984.

95. At all relevant times Plaintiff Mohender Singh and his family lived together as residents of New Delhi, India.

96. On November 1st 1984, Congress (I) leader and Member of Parliament HKL Bhagat organized, armed and led an attack on the home of Mohender Singh by a group of Congress (I) workers including, but not limited to Kishori, Mohammad Abbas, Dr. Zulfqar Kashaf (a/k/a "Lamboo") and Rampal Saroj.

97. The group broke down the front door of the home and dragged Mohender Singh's father, Sardar Darshan Singh, and his two uncles from the house and beat them with wood and iron clubs in the street. They searched for Mohender Singh attempting to kill him and any other children they found.

98. On the command of HKL Bhagat and other Congress (I) leaders present, the Congress (I) workers pulled out knives and hatchets and proceeded to stab Mohender Singh's father and two uncles to death. The bodies were dismembered on the street in front of their family including Plaintiff Mohender Singh.

99. Plaintiff Mohender Singh was living under death threats in India ever since the events of November 1984 and was forced to leave his country for the United States in 2008. He is now seeking political asylum based on the real and present danger he faces in India due to the aforementioned conduct. Plaintiff Mohender Singh is bringing this action on behalf of himself and his late father for the severe physical injuries and severe mental and emotional pain and suffering they sustained during The Sikh Genocide of 1984 and the economic damages he sustained as a result of the loss of his father.

**C. The Final Solution**

100. As the oldest and most established private political party organization in India, or organization overall, Congress (I) relied on and utilized the facilities, resources and machinery it already had in place to carry out the systematic and widespread campaign of terror against the Sikhs in November 1984.

101. As the ruling political party of India nationally and locally, Congress (I) was able to pursue a policy of genocide against the Sikhs under color of state law and with the apparent or actual authority of the Government of India.

102. As noted above, Prime Minister Indira Gandhi was shot at her residence, No. 1 Safdarjung Road, New Delhi, at 9:15 AM on October 31, 1984. The news was immediately broadcast throughout India by All India Radio and Doordarshan. Hearing the news Congress (I) leaders, workers and sympathizers from all over India began to gather in New Delhi.

103. The death of Indira Gandhi did not pose an immediate threat to the Sikhs. It was almost 24 hours later that on November 1st 1984 that systematic attack on Sikhs began all across India. Congress (I), the political party in power in the Centre and in the majority of the Indian States planned, orchestrated and carried out the attacks on Sikhs starting from November 1st 1984 till at least November 4th 1984.

104. Indira Gandhi's death was officially announced in the afternoon of October 31st 1984.

105. A few hours after the announcement of death a meeting of Congress (I) leaders and workers who had gathered from across the country took place at Congress (I) headquarters located at 24 Akbar Road, New Delhi. The conspiracy to attack, kill and destroy Sikhs throughout India was hatched in this meeting. Among many other leaders, those present at the meeting included Rajiv Gandhi, HKL Bhagat, Dharamdas Shastri, Lalit Maken, Sajjan Kumar, Jagdish Tytler and Kamal Nath and defendant Gandhi. Congress leaders announced in this meeting that Congress (I) will avenge the death of Indira Gandhi by killing Sikh people and destroying their properties.

106. Different leaders of Congress (I) took the responsibility to carry out and make possible the attacks on Sikhs in their respective areas of influence. The control of national electronic

media (All India Radio and Doordarshan) was taken over by the Congress (I) leaders who then used the media to deliver hate speeches against Sikhs to instigate, provoke and activate Congress workers and sympathisers all over India to attack Sikhs. Messages such as "Khun ka badla khun se lenge" (Blood for Blood) or "Sardar[5] Qaum Ke Ghaddar" (Sardars are the nation's traitors) were broadcast through the state-owned TV channel Doordarshan.

107. Rumours were spread that Sikhs have distributed sweets and have danced on the death of Indira Gandhi to justify the killing of Sikhs and quell any possible resistance from the general public. Rumours were also spread via the state run media that Sikhs had engaged in killing non-Sikhs in the Sikh dominated Punjab region in addition to spreading false rumours that Sikhs were poisoning the drinking water supply in many major cities.

108. During the night of October 31 and early morning of November 1, Congress (I) party leaders met with their local supporters to implement the Sikh Genocide and distribute weapons and money.

109. Through the Ministry of Home Affairs (under whose control the police and district administrations fall) which was then headed by Congress leader P.V. Narsimha Rao, police and district administrators of Delhi and other cities were either paralyzed or were used to attack the Sikhs.

110. Sikhs in police, army and paramilitary forces were disarmed.

111. Government issued voter and ration card lists were obtained and distributed to identify and locate Sikh populations.

112. Congress (I) workers, supporters and others were contacted and recruited to attack the Sikhs.

113. In northern India, recruits from police training centers were also used to attack and kill Sikhs.

114. Attackers were armed with wooden sticks, iron rods, tires for neck lacing, (the practice of putting a car tire around a victim's neck and setting it on fire), kerosene oil, Liquid Petroleum Gas (LPG) cylinders and other flammable material and weaponry.

115. Trains, buses and other vehicles of state run transport authorities were commandeered to

---

[5] Sardar is a colloquial term for a Sikh man.

transport attackers to areas where Sikhs lived.

116. Trains run by Indian Railways were directed by Congress (I) officials to make non-scheduled stops at designated locations where attackers were waiting to pull the Sikhs out of the trains to torture and kill them.

117. The Railway Protection Forces shot and killed Sikh passengers on many trains.

118. Thousands of Sikh women were gang raped.

119. Sikhs injured in attacks were refused medical treatment at hospitals, especially civil hospitals which are under the control of the government.

120. Media outlets and reporters who tried to capture and report the incidents of violence were attacked by Congress (I) party workers. According to Mark Litke, a group of Congress (I) workers attacked an ABC-TV news crew filming the streets where Sikhs were subject to Genocide.

121. Sikh temples were attacked in order to destroy, harm and injure the Sikh identity and dignity. In Delhi alone, 370 Sikh temples were attacked and desecrated. The number of temples attacked in other parts of India runs into the hundreds.

122. Police, Railway Protection Forces and other para-military forces were commanded to participate in killing Sikhs or ordered to stand down and watch as the Sikhs were being killed.

123. The Indian Military was not allowed to defend and save Sikhs in the cities by civil administrators or mayors who were obligated under Indian civil law to call on the army under these circumstances but refused.

124. For example, in the City of Kanpur (UP) city administrator Brijindra Yadav refused for three days to hand over the city to the Army and during that time thousands of Sikhs were killed.

125. The foregoing is based primarily on affidavits, interrogatories, depositions, first information reports and other evidence accumulated over twenty nine years most of which has been compiled by a variety of human rights organizations and catalogued in the United States Library of Congress.

126. The above scenario however provides only a snapshot of the crimes against humanity that took place in India against a distinct minority religious group known as "Sikhs" between November 1st and 4th 1984, which has seen no Congress (I) official or worker prosecuted or

Sikh victim fairly and adequately compensated.

**EXHAUSTION OF REMEDIES AND EQUITABLE TOLLING**

127. The attitude at every level of the Indian government for twenty nine years can be best summed up by a comment made by Rajiv Gandhi the son of Indira Gandhi and husband of the Defendant, who assumed the position of Prime Minister immediately upon her death. Several weeks later in the aftermath of the obvious slaughter of Sikhs in November 1984, Rajiv Gandhi was asked how such a thing could happen and stated: “When a big tree falls, the earth around it shakes.”

128. Plaintiffs would be in grave danger if they had to return to India to file a civil action or participate in any proceedings or litigation. Most of the named plaintiffs either have been granted political asylum or are seeking it based on the death threats they have been consistently receiving for demanding that those responsible for The Sikh Genocide of 1984 be brought to justice and that they along with other victims be allowed to file civil actions in order to be properly compensated for their suffering and losses.

129. For more than twenty nine years, the Government of India has failed, neglected and refused to properly investigate the incidents of November 1984.

130. All efforts by or on behalf of the plaintiffs to seek justice and pursue an adequate civil remedy have been undermined by the defendants through their influence and position.

131. This can be exemplified when an eyewitness to the atrocities in New Delhi, Surinder Singh, provided a sworn statement to the authorities in 2008 detailing the horrific events of November 1984. He provided the statement while he was living in exile in the United States where he had fled to several months before following numerous death threats.

132. Shortly after he gave his statement, he was contacted by Indian officials and advised that unless he returned to India immediately, his wife and children would be tortured and executed.

133. Upon his arrival at New Delhi Airport in February 2009, Surinder Singh was detained by Indian officials and mercilessly tortured. Two weeks after he was freed, he died in the hospital from the injuries he received at the hands of the Government of India.

134. Plaintiffs and those they represent have no adequate or available remedies in India.

135. India's twenty nine year quest for "domestic and international legitimacy and power" provided it with the incentive to intimidate witnesses, to suppress and destroy evidence and to commit additional human rights abuses against those who spoke out including plaintiffs. To protect this image, Congress (I) along with its senior leadership including Defendant Gandhi, has acted in a concerted effort to protect their former and, in some cases, current leaders against charges of human rights abuses.

136. Congress (I) has been effectively in control in India since at least 1984. Thus, the extraordinary circumstances that confronted and continue to confront plaintiffs were and are beyond their control and unavoidable even with diligence.

137. On February 21st 2011, after the discovery of the mass grave of Sikhs at Hond-Chillar, Haryana, former Union Home Minister and Congress (I) official, Buta Singh, publically confessed that the then Congress (I) Chief Minister of Haryana Bhajan Lal was responsible not only for the Genocide but also for the subsequent cover up.

138. The only chance for plaintiffs and those they seek to represent to obtain a fair administration of justice is here and now.

## SHIELDING, PROTECTING AND REWARDING THE PERPETRATORS OF GENOCIDE AND CRIMES AGAINST HUMANITY

139. Indian Federal politics is dominated by two national level parties, Congress (I) and the BJP (Bhartiya Janata Party). Several dozen smaller regional parties are in alliance with these two parties or are cobbled together in a "third front."

140. Unlike most democratic systems, political parties in India do not practise a democratic system when picking candidates for various constituencies. They do not have primaries or have the party membership vote on potential candidates in party meetings at the assembly segment level. In the case of the Congress (I), the final decision of seat allocations at both the federal and state level are executed by the party president Sonia Gandhi.

141. It has been in her role as Congress (I) president since 1998 that Sonia Ghandi has successfully protected the perpetrators and shielded them from the judicial system but also has

been involved in a campaign of rewarding those who were active participants.

142. Congress (I) Minister, Kamal Nath, has been rewarded with many prestigious and high ranking Cabinet portfolios since the 1984 Sikh Genocide. He was the leader of mobs that attacked Gurudwara Rakab Ganj in New Delhi during the 1984 Sikh Genocide. Mr. Nath's involvement is outlined in the Nanavati Commision of Inquiry which was presided over my former Indian Supreme Court Justice G.T. Nanavati.

143. Kamal Nath has been given the ticket to run in the federal constituency of Chhindwara in Madhya Pradesh by Ms. Gandhi four different times and when the Congress (I) formed government in 2004 and 2009 he was rewarded with powerful cabinet positions.

144. Even with pending criminal and civil litigation against Mr. Nath in other countries due to his role in the 1984 Sikh Genocide, Ms. Gandhi has continued the atmosphere of impunity by not only shielding Mr. Nath politically but also by promoting him to the upper echelons of cabinet.

145. Jagdish Tytler is one of the main accused in leading mobs during the 1984 Sikh Genocide. Jasbir Singh, the complainant, is an eye witness to Mr. Tytler's remarks and instigation of the mobs during the Sikh Genocide. Due to extreme political pressure, Mr. Tytler remains free even though there are dozens of witnesses against him. The Nanavati Commission has found "credible evidence" against Mr. Tytler and states that "he very probably had a hand in organizing the attacks."

146. Defendant, Gandhi, has on numerous occasions extended political protection and patronage to Mr. Tytler. In or about the year 1998, defendant Ghandi declared Mr. Tytler as the Congress (I) candidate in the constituency of Delhi Sadar. Mr. Tytler lost the federal election in 1999. He was allotted the ticket again in 2004 from Delhi Sadar when he won the election.

147. There have been several First Information Reports registered with various police agencies about the involvement of Mr. Tytler but they have been frustrated through the use of political pressure. There are several documented instances of this pressure.

148. Post 2009, Mr. Tytler has retired from politics but continues to enjoy political patronage and protection from prosecution for his involvement in the Sikh Genocide. Jagdish Tytler was made vice president of the Indian Olympic Committee. This position allows the office bearer to have all the functions, staff, security apparatus and budget that would be allotted to a Member of

Parliament. The Indian public also views any position to do with an international body such as the Olympics as very prestigious.

149. In 2012, the Indian Olympic Committee at the behest of defendant Gandhi moved to make Jagdish Tytler and KPS Gill the chef du mission. KPS Gill is accused of using death squads, torture and other illegal techniques in the Punjab region during counter insurgency operations in the mid 1990's.

150. Due to his involvement in the 1984 Sikh Genocide, the British Foreign Office decided against issuing Mr. Tytler a visa and he was unable to attend the 2012 London Summer Olympiad.

151. Mr. Tytler also heads the Judo Federation of India. This government position includes a salary and many perks allotted to senior government officials including but not limited to a vehicle, fuel allowance, personal assistant and other perks. It should be noted that Mr. Tytler has never participated in the sport of Judo so his appointment to this position by defendant Gandhi is peculiar. He will step down this year from the post because of the age limit for the post which Mr. Tytler will reach in January 2014.

152. During 1984 Sajjan Kumar was the Member of Parliament for the Outer Delhi constituency.

153. Sajjan Kumar had an extensive role in inciting, organizing and arming death squads who killed Sikhs.

154. Mr. Kumar had the patronage of Rajiv Gandhi up until his death and then after words had the patronage of Sonia Gandhi. Sonia Gandhi continues to shield and protect Mr. Kumar as well as elevate Mr. Kumar's family members through the Congress (I) hierarchy.

155. The Indian Central Bureau of Investigation (CBI) has stated numerous times that Sajjan Kumar is an "organizer" of the mobs and that the mobs had the "patronage" of Mr. Kumar.

156. During the 1980's, Julian Ribeiro was the Chief of Police in the Indian state of Punjab. In his memoirs Bullet for Bullet, Mr. Riberio asked the then Prime Minister that justice should be meted out against Sajjan Kumar for his involvement in the 1984 Sikh Genocide. In response Mr. Gandhi said that he could never send Mr. Kumar to prison as he is like a family member. This is a protectionist attitude that Mrs. Gandhi has continued to this day.

157. Mr. Kumar was allotted the Congress (I) ticket by Mrs. Gandhi for the 2004 Lok Sabha Elections. There was an extreme backlash by the CBI, the Sikh community and others that this would hamper the legal investigation against Mr. Kumar because of the power that an Indian Member of Parliament wields. Mrs. Gandhi ignored all concerns and allotted Mr. Kumar the ticket.

158. Before 2009 the CBI prepared a charge sheet against Mr. Kumar due to the eyewitness account of Jagdish Kaur who witnessed Mr. Kumar controlling the death squads. Mrs. Kaur lost five family members including her son and husband. Mr. Kumar through intermediaries involved in the Congress (I) has tried to bribe Mrs. Kaur with property and eighty (80) million rupees cash. (Approximately two million dollars).

159. Due to the criminal charges pending against him, Mrs. Gandhi could not a lot Sajjan Kumar the ticket for Outer Delhi even though he was her preferred candidate.

160. Instead of Sajjan Kumar, the ticket for South Delhi was given to Sajjan Kumar's brother Ramesh Kumar.

161. It is well known that due to the dynastic nature of Indian politics, people often have close family members act as proxies when they themselves cannot run. This is commonplace especially amongst close family members such as siblings, parents, children and spouses. Ramesh Kumar essentially acts as Sajjan Kumar's proxy with the real power and responsibilities of being the Member of Parliament for South Delhi resting with Sajjan Kumar.

162. As a further reward for Mr. Kumar's role in the 1984 Sikh Genocide, his son Jag Parvesh Kumar was given the Congress (I) ticket to run in the 2013 Delhi assembly elections by Mrs. Gandhi. He was given the ticket for the Sangam Vihar constituency. It is important to note this forms part of the area where is father was the Member of Parliament and his uncle is currently the Member of Parliament. This is being done to reward Sajjan Kumar for the killing Sikhs in 1984 so he can solidify his power base and further indemnify himself from any kind of prosecution.

163. Sajjan Kumar is still a member of the Delhi Pradesh Congress Committee as outlined on the official website. Mrs. Gandhi is the only person who can assign someone to be a member of a Pradesh Congress Committee.

164. On or about February 20th 2011, Harvendra Singh Hanspal (H.S. Hanspal) met with Nirpreet Kaur.

165. Nirpreet Kaur is a prime witness against Sajjan Kumar regarding his role in the 1984 Sikh Genocide.

166. Nirpreet Kaur witnessed Mr. Kumar stand on a jeep saying "they (Sikhs) killed our mother and they are the offspring of snakes."

167. Nirpreet Kaur was offered a bribe by Mr. Hanspal and this offer was recorded during a sting operation by media outlet 'Headlines Today.' The total amount of the bribe was thirty (30) million rupees. This amounts to about $750 000 United States dollars.

168. Mr. Hanspal as a reward for these efforts was made a member of the Minority Commission of India.

169. This is a position of political patronage. Mrs. Gandhi controls who is appointed and due to Mr. Hanspal's aiding and abetting the protecting and shielding of those who committed the 1984 Sikh Genocide, he was able to continue as a Minority Commission member.

170. The position carries with it many perks including but not limited to security coverage, travel allowances, vehicle and staff allowances and extreme prestige. A Minority Commission member basically is the equivalent of a cabinet member.

171. During the 19804 Sikh Genocide, Mr. Hanspal was the chief party whip of the Congress (I)

172. Lalit Maken was a city councillor under the banner of Congress (I) during the 1984 Sikh Genocide.

173. Ostensibly, as a reward for his involvement in the 1984 Sikh Genocide, Mr. Maken was rewarded with the Congress (I) ticket for the area of South Delhi for the parliamentary elections which took place in December 1984. He subsequently won these elections and was assassinated soon thereafter.

174. In the tradition of providing political patronage to those involved and the families of those involved in the Sikh Genocide of 1984, Mrs. Gandhi has taken several steps to elevate and reward the family of Mr. Lalit Maken.

175. His nephew Ajay Maken was made President of the Youth Congress of India by Sonia

Gandhi at the end of 1997. This is one of the most powerful positions within the party and is usually used as a springboard into cabinet. It comes with many privileges including Cabinet level security and allowances.

176. In 1998, Ajay Maken was allotted the Congress (I) ticket by Sonia Gandhi from the South Delhi constituency. He subsequently lost the election.

177. In 2004, Sonia Gandhi allotted the Congress (I) ticket to Ajay Maken from the New Delhi constituency. He subsequently won this election as well as the 2009 election and has enjoyed such influential cabinet positions such as Union Minister of State – Home Affairs, Union Minister of State – Urban Development, Union Minister of State – Youth Affairs as well as Cabinet Minister for Housing and Urban Poverty Alleviation.

178. He was also made General Secretary of the All India Congress Committee in 2005. This is an upper echelon position within the Congress hierarchy and many political insiders have found it odd why Mrs. Gandhi would pick such a rookie Member of Parliament to fill the position.

179. Recently Mrs. Gandhi also made Mr. Maken a member of the 21 member Congress Working Committee which is one of the most influential positions in India.

180. At the time of his death Mr. Lalit Maken had one child, Avantika Maken. Avantika Maken married Mr. Ashok Tanwar.

181. In what can be seen as a reward for the actions of his father in law actions during the 1984 Sikh Genocide, Mr. Ashok Tanwar has been rewarded by Mrs. Gandhi several times. This is part and parcel of how Mrs. Gandhi has been rewarding, protecting and shielding not only the main accused but also rewarding the family members of the main accused with influential positions.

182. In 2005, after marrying Avantika Maken, Mr. Tanwar was given the position of President of the Indian Youth Congress. This position carries cabinet level perks and influence.

183. In 2009, as a reward for the role of his father in law during the 1984 Sikh Genocide, Mr. Tanwar was given the Congress (I) ticket to run in the Sirsa, Haryana Constituency by Mrs. Gandhi. He subsequently won the election and now is a Member of Parliament.

184. Mr. Tanwar is also a Secretary of the All India Congress Committee, a position that is

often viewed as a reward for those and the family members of those who are staunch supporters of Congress (I) – in this case so staunch that they commit Genocide.

185. H.K.L. Bhagat was at the time of the 1984 Sikh Genocide the Member of Parliament for the Delhi East Constituency. During the 1980's he was the Minister of Information and Broadcasting. Many view his role as important in making the state run media become a voice piece for the ruling Congress (I) party.

186. Mr. Bhagat's involvement in the Sikh Genocide of 1984 is widely outlined and charge sheets had been prepared by the CBI. There was immense pressure from Mrs. Gandhi for the CBI not to proceed. She cited Mr. Bhagat's ill health and advanced age as reasons as to why the CBI and other investigative agencies including the Delhi police should not be involved.

187. Due to Mrs. Gandhi's interference, protection and shielding of Mr. Bhagat the victims of the Sikh Genocide of 1984 lost their chance at any domestic remedy when Mr. Bhagat passed away in 2005.

188. In the pattern of continuing to reward, shield and protect the family members of those who committed the 1984 Sikh Genocide, Mrs. Gandhi rewarded the family of Mr. Bhagat.

189. His son Mr. Deepak Bhagat was made the General Secretary of the Delhi Pradesh Congress Committee. This is one of the most powerful positions within the Congress (I) and comes with many perks including government vehicle, office and security personnel.

190. The President of India is the head of state of the Republic of India. The President is the formal head of the legislative, executive and judicial branches of government. The President is also the commander-in-chief of the armed forces of India.

191. The role however is largely ceremonial and the executive powers are instead exercised by the Prime Minister through cabinet.

192. It is the leader of the party in charge of parliament who usually has a strong role in selecting the President of India.

193. From July 2007 to July 2012, the President of India was Prabhita Patel.

194. During the 1984 Sikh Genocide, Prabhita Patel was the Member of the Maharashtra state Legislative Assembly for the Jalgaon constituency.

195. During the 1984 Sikh Genocide, Mrs. Patel had many deaths occur due to the death

squads which were formed in her constituency under her patronage.

196. Ostensibly as a reward for her involvement and to provide her blanket immunity for prosecution under Indian law, Sonia Gandhi arranged for Mrs. Patel to become the President of India and enjoy all of the immunities and privileges that that position holds.

197. Previous to this, Mrs. Gandhi also elevated Mrs. Patel to the largely figurehead position of Governor of Rajasthan. A position that also includes much prestige, influence and immunities.

198. Rajinder Kumar Dhawan (R.K. Dhawan) was at the time of the assassination of Indira Gandhi, her personal secretary. He was a witness to the assassination and played a key role in the planning, organizing and carrying out of the 1984 Sikh Genocide. He was one of the key figures present during the planning meeting held at 24 Akbar Road, New Delhi on the night of October 31st 1984.

199. In 1998, as a reward and in order to grant him all the immunities, privileges and security of the position, Sonia Gandhi allotted R.K. Dhawan the ticket from Congress (I) to run for Member of Parliament from the New Delhi constituency. It was an election he subsequently lost.

200. In 1999, as a reward and in order to grant him all the immunities, privileges and security of the position, Sonia Gandhi allotted R.K. Dhawan the ticket from Congress (I) to run for Member of Parliament from the New Delhi constituency. It was an election he subsequently lost.

201. In 2004, as a reward for his involvement in the 1984 Sikh Genocide, and to provide R.K. Dhawan with all of the immunities, privileges and security of the position, he was appointed as a Member of the Rajya Sabha.

202. The Rajya Sabha is the upper house of the Indian parliamentary system. Its members are appointed largely on the advice of the party in power in the centre and those parties in power in the respective states. It is seen as a system to reward someone with a seat in parliament or cabinet whereas the person does not have the ability to win an election when a ticket is allotted to them.

203. In order to further shield and protect Mr. Dhawan, Mrs. Gandhi made Mr. Dhawan a

permanent invitee of the Congress Working Committee which is one of the most influential organizations in India.

204. Film star Amitabh Bachchan was very close to both Mrs. Gandhi and her deceased husband Rajiv Gandhi.

205. During the aftermath of the assassination of Indira Gandhi, Mr. Bachchan can be seen on national television screaming for revenge on Sikhs. Doordarshan was the major state controlled television station at the time and Mr. Bachchans incendiary remarks can be seen as part of the effort to organize and agitate death squads.

206. For his role in the 1984 Sikh Genocide, Amitabh Bachchan was given the Congress (I) ticket for the seat of Allahabad in the state of Uttar Pradesh which was seen as a Congress (I) bastion and a seat which was usually allotted to the Gandhi family.

207. In 2007 Sonia Gandhi engineered for Jaya Bachchan, the wife of Amitabh Bachchan to be granted the Rajya Sabha seat from the Congress (I) alliance partner the Samajwadi Party.

208. This was patronage was continued in 2012 when as a reward for the Bachchan family involvement in the 1984 Sikh Genocide, and to provide Amitabh Bachchan and Jaya Bachchan with all of the immunities, privileges and security of the position, she was again appointed as a Member of the Rajya Sabha.

209. Mangat Ram Singal was at the time of the 1984 Sikh Genocide a member of the Municpal Board (Ward 32) as a member of Congress (I).

210. Many witnesses saw Mr. Singal with voter lists of Sikh homes accompanying MP for Karol Bagh Mr. Dharam Dass Shastri.

211. Many witnesses saw Mr. Singal organizing and guiding the death squads at the behest of the Congress (I).

212. Since 1997, Sonia Gandhi has granted Mr. Singal the Congress (I) ticket for the Delhi Vidhan Sabha elections from the Adarsh Nagar Constituency. This has been done to grant Mr. Singhal all of the immunities that come with this powerful position. This is an overt act of shielding and protecting Mr. Singal from prosecution.

213. Mr. N.D. Tiwari was during the 1984 Sikh Genocide the chief minister of the state of Uttar Pradesh. He represented the Congress (I) and it is known that without his political

protection and patronage the killings could not have taken place in the scale and organized manner in which they did. Uttar Pradesh is the largest state in India and had the second highest number of deaths outside of Delhi occur during the 1984 Sikh Genocide.

214. Mr. Tiwari was forced out of the Congress (I) in 1994 and created the All India Indira Congress (Tiwari). At the request of Sonia Gandhi rejoined the Congress (I) when Mrs. Gandhi became the Congress (I) President.

215. Mr. Tiwari was given the Congress (I) ticket during the 1999 Lok Sabha elections from the Nainatal constituency by Sonia Gandhi and subsequently won this election.

216. In the year 2000, the State of Uttarakhand was carved out of parts of the State of Uttar Pradesh. Mr. Tiwari was elevated as the main Congress (I) spokesman and was party in charge for the state.

217. In 2002 Sonia Gandhi selected Mr. Tiwari as the Congress (I) candidate for Chief Minister.

218. In 2007 until his death in 2009, Sonia Gandhi made ND Tiwari the Governor of the State of Andhra Pradesh, thereby continuing the shielding and protecting of Mr. Tiwari for his role in the 1984 Sikh Genocide and allowing Mr. Tiwari to enjoy the immunities, privileges and protection that this position encompasses.

219. Arjun Singh was the Congress (I) Chief Minister of the state of Madhya Pradesh during the 1984 Sikh Genocide.

220. In 1994, Mr. Singh left the Congress (I) and joined the All India Indira Congress.

221. When Mrs. Gandhi became Congress (I) President she requested Mr. Singh to return to the Congress (I) and he was further given the ticket for the Hoshangabad state parliamentary constituency. Mr. Singh lost this election.

222. In April 2000, because of his inability to win an election, Mr. Singh was appointed to the Rajya Sabha by Mrs. Gandhi so he could secure the immunities, protection and privileges associated with being a member of the upper house of the Indian Parliament.

223. In order to solidify his immunity and provide even more protection to Mr. Singh for his role in the 1984 Sikh Genocide, Mr. Singh was made the Union Minister for Human Resources Development by Mrs. Gandhi in 2004.

224. In 2006, Mrs. Gandhi once again made Mr. Singh a Rajya Sabha Member of Parliament from Madhya Pradesh, a position he served in until his death from natural causes in 2011.

225. In order to increase the political influence and immunity from prosecution of Mr. Singh, Mrs. Gandhi made the son of Arjun Singh – Mr. Ajay Singh the Congress (I) candidate for the Legislative Assembly of Madhya Pradesh from the Churhat constituency in 1998, 2003, 2008 and 2013.

226. During the 1984 Sikh Genocide, Virbhadra Singh was the Congress (I) Chief Minister of Himachal Pradesh where organized mobs killed innocent Sikhs at the request and with the patronage of the Congress (I).

227. Sonia Gandhi continued the legacy of protecting and shielding Virbhadra Singh by making him the Chief Minister candidate for Himachal Pradesh in 1998 and again in 2003.

228. In order to further Mr. Singh's influence, immunity from prosecution and to shield and protect him, Mrs. Gandhi gave the Congress (I) ticket for the Mandi, Himachal Pradesh Lok Sabha Member of Parliament election to his wife Pratibha Singh. This was an election she subsequently won.

229. In order to further shield him from prosecution and protect him from the various law enforcement agencies in India which do not act against politically influential people, Sonia Gandhi made Virbhadra Singh the Congress (I) candidate from the Lok Sabha constituency of Mandi, Himachal Pradesh in 2009. This was an election Mr. Singh subsequently won.

230. Mrs. Sonia Gandhi, in order to further protect Mr. Singh and in order to shield and protect Mr. Singh and provide him the immunity against prosecution which is often provided to politically influential persons, made Mr. Singh the Minister for Steel from May 2009 to January 2011 and the Minister for Micro, Small and Medium Enterprises from January 2011 to June 2012.

231. In 2012, Mrs. Gandhi once again continued the political patronage provided to Mr. Singh and made him the Congress (I) candidate for the Chief Minister of Himachal Pradesh. This was an election he subsequently won.

232. During the 1984 Sikh Genocide, Rishang Keishing was the Congress (I) Chief Minister for state of Manipur where many Sikhs were killed by the death squads organized by the

Congress (I) government.

233. In order to further protect Mr. Keishing and immunize him from possible prosecution for his role in the 1984 Sikh Genocide, Mrs. Gandhi appointed him as the Rajya Sabha candidate in April 2002 and again in 2008.

234. During the 1984 Sikh Genocide, Pu Lalthanwala was the Congress (I) Chief Minister for the state of Mizoram where thousands of Sikhs were killed by the death squads organized by the Congress (I) government.

235. Sonia Gandhi has continued the policy of protecting and shielding those who were involved in the Genocide of the Sikhs from prosecution by aiding in making them politically powerful and immunizing them from prosecution.

236. Mrs. Gandhi gave the Congress (I) ticket to Mr. Lalthanwala for the 1998 Mizoram Legislative Assembly election which he lost. He was also the Congress (I) chief minister candidate for the 1998 elections.

237. In order to ensure that Mr. Lalthanwala gets elected, Mrs. Gandhi took the unusual step in 2003 of allotting him two tickets to run from two different constituencies for the Mizoram Legislative Assembly elections. He won the election and was also the Congress (I) chief minister candidate. He became the chief minister after both the 2003 and 2008 elections.

238. Mrs. Gandhi further protected and shielded Mr. Lalthanwala by giving him the Congress (I) ticket to run as the Chief Minister candidate in the 2013 Mizoram Legislative Assembly elections which took place on November 25th 2013.

239. The shielding and protecting of Mr. Lalthanwala by Mrs. Gandhi continued with the appointing of Mr. Lalthanwala to the politically powerful position of Mizoram Pradesh Congress Committee president.

240. K. Karunakaran was the Congress (I) Chief Minister of Kerala during the 1984 Sikh Genocide. Many Sikhs were killed by organized death squads which had the political patronage and protection of the Congress (I) government.

241. Sonia Gandhi, in order to protect and shield Mr. Karunakaran, and provide immunity to him from prosecution was going to make him the Governor of Tamil Nadu but due to his failing health and subsequent death this was not possible.

242. K. Karunakaran's son, K Muraleedharan was given the Congress (I) ticket to run in the 1998 Lok Sabha elections by Sonia Gandhi from the Kozhikode constituency in order to solidify the protection of K. Karunakaran.

243. K. Muraleedharan subsequently lost this election and was again given the ticket by Sonia Gandhi in the 1999 and 2004 elections which he won.

244. In order to give further political clout to the family in order to avoid prosecution, Sonia Gandhi had Mr. Muraleedharan appointed as Minister of Power. This is one of the top cabinet portfolios.

245. After leaving the Congress (I) in 2006, Mr. Muraleedharan expressed an interest in returning but this was met by much resistance by the party hierarchy.

246. In order to continue to shield and protect K. Karunakaran and reward him for his actions during the 1984 Sikh Genocide, Sonia Gandhi on the advice of K. Karunakaran readmitted Mr. Muraleedharan to the Congress (I) against the wishes of the rest of the Congress (I) hierarchy in 2011.

247. In February 2011 he was given the Congress (I) ticket to run in the Vattiyurkavu constituency of the Kerala Legislative Assembly which he won.

248. Janaki Ballabh Patnaik was the Congress (I) Chief Minister of the State of Orissa during the 1984 Sikh Genocide. Death squads organized and protected by the Congress (I) government played a role in the deaths of many Sikhs during the genocide.

249. Mr. Patnaik was made the President of the Orissa Pradesh Congress Committee from 2004 onwards. He was appointed to this position by Mrs. Gandhi in order to increase his political influence and help shield and immunize him from prosecution for his role in the 1984 Sikh Genocide.

250. In order to increase the political influence and protection of Mr. Patnaik, Sonia Gandhi in 1998 made his wife Mrs. Jayanti Patnaik the Rajya Sabha MP for Orissa. This makes it harder to prosecute Mr. Patnaik.

251. Sonia Gandhi appointed Mr. Patnaik as the Governor of Assam, thereby conferring on him all if the immunities of that office and further shielding and protecting him from prosecution.

252. Mr. Shiv Charan Mathur was the Congress (I) Chief Minister of the state of Rajastahn during the 1984 Sikh Genocide. Death squads organized and protected by the Congress (I) government played a role in the deaths of many Sikhs during the genocide.

253. Sonia Gandhi shielded and protected Mr. Mathur by giving him a seat on the powerful All India Congress Committee. This was a position he enjoyed until his death in 2009.

254. Mr. Mathur was also made head of the Rajasthan Pradesh Congress Committee in 1998 by Mrs. Gandhi and was given the ticket to run for the Congress (I) in the Mandalgarh assembly segment in the Rajasthan Legislative Assembly elections. He subsequently won this election and became the Chairman and Minister of several powerful portfolios which increased his influence and the protection afforded to him.

255. In 2008, Sonia Gandhi had Mr. Mathur appointed as the governor of the State of Assam. This patronage position is one of the top positions in the Indian political hierarchy and includes much immunity from prosecution. This is an example of Mrs. Gandhi shielding and protecting the perpetrators and architects of the 1984 Sikh Genocide from prosecution.

256. During the 1984 Sikh Genocide, the city of Kanpur in the state of Uttar Pradesh had the second highest rate of deaths of Sikhs aside from the Delhi Region.

257. Brijendra Yadav was the district magistrate of Kanpur during the 1984 Sikh Genocide and a member of the Congress (I).

258. The Ragunath Mishra Commission of Inquiry points out Mr. Yadavs complicity and involvement in the 1984 Sikh Genocide.

259. According to the Mishra Commision, Mr. Yadav had a direct role in killing of fourteen Sikhs in the Kidwai Nagar neighbourhood of Kanpur.

260. In addition to his direct involvement, Mr. Yadav refused to sign the papers which would have allowed the army to enter and provide security to the Sikhs of the city of Kanpur.

261. This is evidenced by Captain Banreth of the 16th Maratha Light Infantry Unit of the Indian Armed Forces.

262. This allowed the death squads, which were organized and patronized by the Congress (I) to continue the genocide of the Sikhs.

263. His decision not to allow the army in and sign the authorization papers was after the state

had declared a state of emergency and invited the army to enter the major cities.

264. Sonia Gandhi shielded and protected Mr. Yadav from prosecution by appointing him as the Principal Secretary of Food and Civil Supplies Department. This is an extremely influential position and carries with it the political influence of a Member of the Legislative Assembly.

**FIRST CLAIM FOR RELIEF**

265. Plaintiffs repeat and re-allege each and every allegation set forth in paragraphs 1 through 264 of the complaint as if fully set forth herein at length.

266. The abuses committed against Plaintiffs, the family members they represent and the class they seek to represent constitute crimes against humanity and were committed directly, intentionally and deliberately in pursuit of, inter alia, genocide by defendant Ms. Sonia Gandhi personally and defendant Gandhi as President of Congress (I).

267. On the orders of defendant Sonia Gandhi personally and as president of Congress (I), members and officers of Congress (I) party committed acts of genocide, gang rape, torture, summary executions, extra-judicial killings and wholesale property destruction against Plaintiffs which were not authorized by a judgment pronounced by a regularly constituted court affording all the judicial guarantees which are recognized as indispensable by civilized people.

268. Acts and omissions of the defendant personally and as president of Congress (I), and acts and omissions of members and officers of Defendant's party, the Congress (I) constitute "tort[s] ... committed in violation of the law of nations or a treaty of the United States" as contemplated in the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts and omissions violated customary international law prohibiting genocide, torture, crimes against humanity, extrajudicial killings, mass rapes and summary executions as reflected, expressed and defined in multilateral treaties including, but not limited to, the Convention on the Prevention and Punishment of the Crime of Genocide, art. III (e), Dec. 9, 1948, 78 U.N.T.S. 277, 280, as well as other international and domestic instruments, resolutions, judicial decisions and other authorities.

269. Defendant is liable for shielding, protecting and rewarding the members and officers of her party – the Congress (I) – who committed the torts against plaintiffs as described herein.

270. Defendant Gandhi also exercised command responsibility over its officials, leaders and workers and/or subordinates or persons or groups acting in coordination with it and/or them or under their control, in committing the acts of genocide, gang rape, torture, summary executions, extra-judicial killings, attempted extrajudicial killings and wholesale property destruction against the Plaintiffs. Defendant Gandhi has continued since 1998 to protect, shield and promote those officials, leaders and workers and/or subordinates or persons or groups acting in coordination with it and/or them and/or under their control who committed the Sikh Genocide of 1994.

271. Conduct of the Defendant personally and through her authority as president of the Congress (I), caused the crimes against Plaintiffs and those they represent and caused them to sustain severe pain and suffering and/or serious bodily injury or death as well as the loss of real and personal property in amounts to be determined at trial.

272. Defendant's personal acts and her actions as president of her party and the actions of her party members were deliberate, willful, intentional, wanton and malicious and should be punished by an award of punitive damages in an amount to be determined at trial.

**SECOND CLAIM FOR RELIEF**

273. Plaintiffs repeat and re-allege each and every allegation set forth in paragraphs 1 through 272 of the complaint as if fully set forth herein at length.

274. Defendant Gandhi furthered the violations of customary international norms, the laws of nations, treaties of the United States and the TVPA by purposefully, knowingly and substantially shielding and protecting the members, leaders, officers, workers and supporters of her party, the Congress (I) including, but not limited to Kamal Nath, Jagdish Tytler, Sajjan Kumar, HKL Bhagat, Lalit Maken, Arjun Das and Dharam Das Shastri who had killed, tortured and raped, Sikh men, women and children along with wholesale destruction of their property throughout India between November 1st and 4th 1984.

275. Defendant Gandhi furthered the violations of customary international norms, the laws of nations, treaties of the United States and the TVPA by purposefully, knowingly and substantially shielding and protecting the members, leaders, officers, workers and supporters of her party, the Congress (I) including, but not limited to Kamal Nath, Jagdish Tytler, Sajjan Kumar, HKL

Bhagat, Lalit Maken, Arjun Das, and others who had killed, tortured and raped, Sikh men, women and children and the wholesale destruction of their property throughout India between November 1 and 4, 1984 while knowing or should have known that the perpetrators had violated clearly established customary international law norms.

276. Defendant Gandhi's conduct of shielding and protecting the perpetrators of November 1984 Sikh Genocide caused the Plaintiffs and those they represent to sustain great pain and suffering and/or serious bodily injury or death as well as the loss of real and personal property in amounts to be determined at trial.

277. Defendant Gandhi's acts and omissions were deliberate, willful, intentional, wanton and malicious and should be punished by an award of punitive damages in an amount to be determined at trial.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiffs on behalf of themselves and those they represent pray for judgment against the Defendants, jointly and severally, as follows:

a) For compensatory damages in an amount to be proven at trial;

b) For punitive and exemplary damages in an amount to be proven at trial;

c) For reasonable attorney's fees, costs and interest;

d) For a declaratory judgment holding that Defendants' conduct was in violation of the laws of nations, customary international law and domestic laws;

e) For an Order certifying the plaintiffs' class as alleged herein; and

e) For such other and further relief as the Court may deem just and proper.

A jury trial is demanded on all issues.

Dated: December 03, 2013

Sd/-
GULJIT KAUR BAINS
Attorney for the Plaintiffs
Ali and Bains, PC
118-35, Queens Blvd, Suite 1700
Forest Hills, NY 11375
T: 718-544-8000 F: 718-480-1244
gbains@alibainsfirm.com